IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

)
In Re: DREYFUS MUTUAL FUNDS ) Civil Action No. 04-129
      FEE LITIGATION      )
)

## JUDGMENT ORDER

AND NOW, this 7th day of April, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendants, Mellon Financial Corporations, Mellon Bank, N.A., The Dreyfus Corporation, Founders Asset Management, LLC, and Dreyfus Service Corporation, and against plaintiffs, Vera A. Hays and Noah Wortman, individually and on behalf of all others similarly situated.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record