IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re DREYFUS MUTUAL FUNDS ) Master File 04-0128
FEE LITIGATION )

ORDER

IT IS HEREBY ORDERED this 19 day of April, 2006, that the court's April 7, 2006 Memorandum Order [doc. no. 78] shall be amended as follows to correct a typographical error:

Page 9, final paragraph shall read:

"Because the section 36(b) claim has not survived, plaintiffs' section 48(a) claim must also fail. Section 48(a) does not provide an independent basis for liability. Judgment on the pleadings in favor of defendants is also appropriate on Count IV.

The appropriate order follows."

BY THE COURT:

_____, J.

cc:   All Counsel of Record